**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOHN DRENNAN**                                                                    **PETITIONER**
**ADC #114017**

**v.**                                          **Case No. 4:24-cv-01086-LPR-BBM**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                  **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that the operative Petition for Writ of Habeas Corpus is DISMISSED with prejudice.

A certificate of appealability will not issue.

IT IS SO ORDERED this 19th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE